No. 408.  LACHMAN ET AL. *v.* CITY OF MIAMI BEACH. Appeal from the Supreme Court of Florida. *Per Curiam:* The motion to dismiss is granted and the appeal is dis-

missed for the want of a substantial federal question. *John M. Murrell* and *Raymond L. Wise* for appellants. *Thomas H. Anderson* for appellee.